SERVE

# D55518138
D55518138

# CITATION

| | |
|---|---|
| OPAL JEAN LENNIX | 40TH JUDICIAL DISTRICT COURT |
| VS | PARISH OF ST.JOHN THE BAPTIST |
| FEDEX GROUND PACKAGE SYSTEM, INC., ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-74610 | DIVISION C |

---

**To:**  **MS. OLIVIA TATE**
**AT HER PLACE OF EMPLOYMENT:**
**FEDEX GROUND PACKAGE SYSTEM, INC.**
**310 JAMES DRIVE EAST**
**ST. JAMES BUSINESS PARK**
**ST. ROSE, LA  70087**

**Parish:  ST. CHARLES**

---

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing an Answer or other pleading to said Petition, in the Fortieth Judicial District Court in and for the Parish of St. John the Baptist, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by **OPAL JEAN LENNIX - PRO SE** and was issued by the Clerk of Court on the **OCTOBER 15, 2019**

* Also attached are the following documents:
**PETITION FOR EMPLOYMENT DISCRIMINATION**

*LISA TREGRE*
Deputy Clerk of Court for
Eliana DeFrancesch, Clerk of Court

---

RECEIVED ON THE _____ DAY OF _____, 20_____ AND ON THE _____ DAY OF _____, 20_____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _____.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF _____, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

EXHIBIT A

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
## for the



St. John the Baptist Parish Clerk of Court
Eliana DeFrancesch
**Filed: Arcuri Center**
**Date: OCTOBER 11, 2019 3:00 PM**

District of _____

Division _____

DIV C

Ms. Opal Jean Lennix
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*
-v-

Mr. Bryan Shreckengost
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 74610
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name              Ms. Opal Jean Lennix
Street Address    613 Hancock Drive
City and County   Laplace
State and Zip Code LA. 70068
Telephone Number  504-881-6463
E-mail Address    Lennixopal@yahoo.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

    Name                 Ms. Olivia Tate's

    Job or Title *(if known)*   Belt Manager / Sort Manager

    Street Address        310 St. Jame Business Park

    City and County      St. Rose

    State and Zip Code    LA. 70087

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name                 Ms. Shenell Sede

    Job or Title *(if known)*   Sort Manager / Belt Manager

    Street Address        310 St. James Business Park

    City and County      St. Rose

    State and Zip Code    LA. 70087

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name                 N/A

    Job or Title *(if known)*   N/A

    Street Address        N/A

    City and County      N/A

    State and Zip Code    N/A

    Telephone Number    N/A

    E-mail Address *(if known)*   N/A

Defendant No. 4

    Name                 N/A

    Job or Title *(if known)*   N/A

    Street Address        N/A

    City and County      N/A

    State and Zip Code    N/A

    Telephone Number    N/A

    E-mail Address *(if known)*   N/A

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**C.     Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

Name            FedEx Grounds

Street Address  310 St. James Business Park

City and County  St. Rose, LA.

State and Zip Code  LA. 70087

Telephone Number

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

N/A    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

N/A    Other federal law *(specify the federal law)*:

N/A

N/A    Relevant state law *(specify, if known)*:

N/A

N/A    Relevant city or county law *(specify, if known)*:

N/A

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☒ N/A    Failure to hire me.
- ☑    Termination of my employment.
- ☒ N/A    Failure to promote me.
- ☒ N/A    Failure to accommodate my disability.
- ☒ N/A    Unequal terms and conditions of my employment.
- ☒ N/A    Retaliation.
- ☒ N/A    Other acts *(specify)*: _____N/A_____

    *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

    September 12, 2017 to July 14, 2018

C.    I believe that defendant(s) *(check one)*:

- ☑    is/are still committing these acts against me.
- ☒ N/A    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ N/A    race    _____N/A_____
- ☒ N/A    color    _____N/A_____
- ☒ N/A    gender/sex    _____N/A_____
- ☒ N/A    religion    _____N/A_____
- ☒ N/A    national origin    _____N/A_____
- ☑    age *(year of birth)*    51    *(only when asserting a claim of age discrimination.)*
- ☑    disability or perceived disability *(specify disability)*

    Hearing Loss

E.    The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination



_Submitted with Summons in A Civil Action Filing_

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_February 2019_

B.    The Equal Employment Opportunity Commission *(check one)*:

☒ N/A    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)* _____.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒ N/A    60 days or more have elapsed.

☑    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

_Submitted with Summons In A civil Action Filing_

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    09/26/19

Signature of Plaintiff    MS _____

Printed Name of Plaintiff    Ms. Opal Jean Lennix

### B.        For Attorneys

Date of signing:    N/A

Signature of Attorney    N/A

Printed Name of Attorney    N/A

Bar Number    N/A

Name of Law Firm    N/A

Street Address    N/A

State and Zip Code    N/A

Telephone Number    N/A

E-mail Address    N/A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

☑

| | |
|---|---|
| Ms. Opal Jean Lennix<br>613 Hancock Drive<br>Laplace, LA. 70068<br>Charge Number # 461-2019-00216 | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) ) |
| v. | ) ) ) |
| FedEx Ground Package System, Inc.<br>*Defendant(s)* | ) ) ) ) |

St. John the Baptist Parish Clerk of Court
Eliana DeFrancesch
**Filed: Arcuri Center**
**Date: SEPTEMBER 27, 2019**
**Time: 2:35 P.M.**

Civil Action No.

74,610

DIV C

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

>        Mr. Bryan Shreckengost
>        Lead Counsel
>        FedEx Ground Package System, Inc.
>        1000 FedEx Drive
>        Moon Township, PA. 15108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>        Ms. Opal Jean Lennix
>        613 Hancock Drive
>        Laplace, LA. 70068

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___September 26, 2019___          _____
                                                                    *Signature of Clerk or Deputy Clerk*

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:   Opal J. Lennix
      613 Hancock Drive
      La Place, LA 70068

From:   New Orleans Field Office
        Hale Boggs Federal Building
        500 Poydras Street, Room 809
        New Orleans, LA 70130

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 461-2019-00216 | Charlotte D. Davis, Senior Investigator | (504) 595-2870 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

x _Charlotte Davis_                    JUN 2 7 2019

**Keith T. Hill,
Director**                                      *(Date Mailed)*

Enclosures(s)

cc:   Bryan Shreckengost
      **Lead Counsel**
      **FedEx Ground Package System, Inc.**
      **1000 FedEx Drive**
      **Moon Township, PA 15108**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 461-2019-00216 |

Louisiana Commission On Human Rights                    and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Opal Lennix** | **(985) 210-4148** | **1967** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **P.O. Box 2202, La Place, LA 70069** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **FEDEX GROUNDS** | **500 or More** | **(504) 469-5459** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **310 James Drive East,  Saint Rose, LA 70087** | | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☒ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-05-2018    Latest: 09-14-2018
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began my employment with Fedex Grounds on November 12, 2017. During my employment, I was subjected to harassment, in that, I was yelled at by Shanel (LNU) when I asked could the former package handler do more work; refused to allow me to split the belt after informing her that I was not feeling well; refused to inform me about meetings; was the only one asked to go home when over staffed; received separate text messages from the group regarding my sort time; written-up; and threaten regarding my scanning skills. In addition, while moving boxes, Ms. Shanel stood in my way and refused to move; yelled at me; and told me to go home, and that I was no longer needed. I reported the incidents to Olivia Tate, Supervisor, nothing was done. On September 14, 2018, I was discharged as a Package Handler earning $14.75 per hour. The company employs over 500 persons.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 02/16/2019 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date          Charging Party Signature | FEB 8 17 |

RECEIVED - EEOC
NEW ORLEANS FIELD OFFICE
2019 FEB 20 AM 8 17

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 461-2019-00216 |

| Louisiana Commission On Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

According to the company, I was discharged because of violation of company rules and policies.

I believe I have been discriminated against because my age, 52 years, in violation of the Age Discrimination Act of 1967; and my disability, in violation of the Americans with Disabilities Act, as amended. In addition, I have also been retaliated against.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 2/16/2019 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |
| Date          Charging Party Signature | |

RECEIVED - EEOC<br>NEW ORLEANS FIELD OFFICE<br>2019 FEB 20

## August 19, 2019

Opal Jean Lennix <lennixopaljean@gmail.com>
Fri 9/27/2019 12:37 PM
To: ODS02524CPC <ODS02524CPC@OfficeDepot.com>

August 19, 2019

Charge No. 461-2019-00216

Certification No. 7015 0640 0002 8725 8753

Tracking No. 9590 9402. 3148 7166 6057 71 Voided

United States Postal Service Priority Mail Express Tracking No. EL 616465034 US

Payment Receipt No. 840-57000025-2-2707671-2

Ms. Opal Jean Lennix
613 Hancock Drive
Laplace, LA. 70068
opallennix@yahoo.com

Mr. Bryan Shreckengost
Lead Counsel
FedEX Ground Package System,Inc.
1000 FedEX Drive
Moon Township, PA 15108

Mr. Shreckengost,

My reasoning for this letter of proposal before seeking Legal representatives on a possibility of making a negotiable monetary agreement with FedEX Grounds.
On September 12, 2017. I was rehired to continue" The Purple Promise". To honor and fulfill all possible job opportunities on which was rendered to the best of my abilities with experience, skills, training and knowledge.

On July 14, 2018. I was terminated for a unjustifiable reasons.
Therefore, after being terminated charges were filed with EEOC and Louisiana Workforce Commission Insurance. Benefits were granted upon the conclusion of the investigation, a award letter was granted on my behave to such disdeferential discriminatory behavior towards my humanity.

Thereafter, my termination from FedEx Grounds. Lead to grievance, a lost self confidence, financial issues, a loss of a relationship from being depression, and loss of interest on daily socialization with family and friends.

My sense of pride and motivation was indignity by unprofessional apathetic human beings ,with no sense of conscientious nor the deferential for a person living with life challenges with a Disabilities or the deferent for wisdom. (Age)

I Ms. Opal Jean Lennix would like to express greatest gratitude to FedEx Ground Corporation for giving me a opportunity to honor"The Purple Purpose".

I hold no type of anguishing towards FedEX Corporations are it's employee's ,but totally discredited the process of hiring unprofessional and unskilled personnel to provide leadership to represent FedEx Corporation.

As a result toward my Humanity Rights. This proposal agreement is requesting for monetary value amount of $2 Million Dollars.

UNDER THE TITLE VII, THE AMERICANS WITH DISABILITIES ACT, THE GENETIC INFORMATION NONDISCRIMINATION ACT, AND THE AGE DISCRIMINATION IN EMPLOYMENT ACT.

Please responds within the next 10 business days from this date of 08/19/2019.

Sincerely,

Ms. Opal Jean Lennix

This Letter of proposal was generated from a electronic device with a typed printed signature.

C/C Mr. Bryan Shreckengost
C/C Ms. Opal Jean Lennix

Sent from my iPhone

D55518120

D55518120

# CITATION

SERVE

| | |
|---|---|
| OPAL JEAN LENNIX | 40TH JUDICIAL DISTRICT COURT |
| VS | PARISH OF ST.JOHN THE BAPTIST |
| FEDEX GROUND PACKAGE SYSTEM, INC., ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-74610 | DIVISION C |

**To:   MS. SHENELL SEDE**
**AT HER PLACE OF EMPLOYMENT:**
**FEDEX GROUND PACKAGE SYSTEM, INC.**
**310 JAMES DRIVE EAST**
**ST. JAMES BUSINESS PARK**
**ST. ROSE, LA  70087**

**Parish:  ST. CHARLES**

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing an Answer or other pleading to said Petition, in the Fortieth Judicial District Court in and for the Parish of St. John the Baptist, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by **OPAL JEAN LENNIX - PRO SE** and was issued by the Clerk of Court on the **OCTOBER 15, 2019**

* Also attached are the following documents:
  **PETITION FOR EMPLOYMENT DISCRIMINATION**

**LISA TREGRE**
Deputy Clerk of Court for
Eliana DeFrancesch, Clerk of Court

RECEIVED ON THE _____ DAY OF _____, 20_____ AND ON THE _____ DAY OF _____, 20_____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _____.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF _____, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

District of

Division

St. John the Baptist Parish Clerk of Court
Eliana DeFrancesch
**Filed: Arcuri Center**
**Date: OCTOBER 11, 2019  3:00 PM**

Case No. _74610_

*(to be filled in by the Clerk's Office)*

Ms. Opal Jean Lennix

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Mr. Bryan Shreckengost

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            Ms. Opal Jean Lennix
Street Address  613 Hancock Drive
City and County Laplace
State and Zip Code  LA. 70068
Telephone Number  504-881-6463
E-mail Address  Lennixopal@yahoo.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Ms. Olivia Tarte's |
| Job or Title *(if known)* | Belt Manager / Sort Manager |
| Street Address | 310 St. James Business Park |
| City and County | St. Rose |
| State and Zip Code | LA. 70087 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Ms. Shenell Sede |
| Job or Title *(if known)* | Sort Manager / Belt Manager |
| Street Address | 310 St. James Business Park |
| City and County | St. Rose |
| State and Zip Code | LA. 70087 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Defendant No. 4

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name                    FedEx Grounds
Street Address          310 ST. James Business Park
City and County         ST. Rose, LA.
State and Zip Code      LA. 70087
Telephone Number

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ N/A   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ N/A   Other federal law *(specify the federal law)*:
_____N/A_____

☒ N/A   Relevant state law *(specify, if known)*:
_____N/A_____

☒ N/A   Relevant city or county law *(specify, if known)*:
_____N/A_____

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply):*

☒ N/A    Failure to hire me.

☑    Termination of my employment.

☒ N/A    Failure to promote me.

☒ N/A    Failure to accommodate my disability.

☒ N/A    Unequal terms and conditions of my employment.

☒ N/A    Retaliation.

☒ N/A    Other acts *(specify):*    _____N/A_____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

__September 12, 2017 to July 14, 2018__

C.    I believe that defendant(s) *(check one):*

☑    is/are still committing these acts against me.

☒ N/A    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain):*

☒ N/A    race    _____N/A_____

☒ N/A    color    _____N/A_____

☒ N/A    gender/sex    _____N/A_____

☒ N/A    religion    _____N/A_____

☒ N/A    national origin    _____N/A_____

☑    age *(year of birth)*    51    *(only when asserting a claim of age discrimination.)*

☑    disability or perceived disability *(specify disability)*

__Hearing Loss__

E.    The facts of my case are as follows. Attach additional pages if needed.



*Submitted with Summons in A Civil Action Filing*

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

**February 2019**

B.    The Equal Employment Opportunity Commission *(check one)*:

☒ *A*    has not issued a Notice of Right to Sue letter.

☐    issued a Notice of Right to Sue letter, which I received on *(date)* _____.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒ *A*    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Submitted with Summons in A civil Action filing

**VI.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.      For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    09/26/19

Signature of Plaintiff    MS. Patena

Printed Name of Plaintiff    MS. Opal Jean Lennix

**B.      For Attorneys**

Date of signing:    N/A

Signature of Attorney    N/A

Printed Name of Attorney    N/A

Bar Number    N/A

Name of Law Firm    N/A

Street Address    N/A

State and Zip Code    N/A

Telephone Number    N/A

E-mail Address    N/A

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

☑

|  |  |  |
|---|---|---|
| Ms. Opal Jean Lennix<br>613 Hancock Drive<br>Laplace, LA. 70068<br>Charge Number # 461-2019-00216 | )<br>)<br>)<br>) | St. John the Baptist Parish Clerk of Court<br>Eliana DeFrancesch<br>**Filed: Arcuri Center**<br>Date:  SEPTEMBER  27, 2019<br>Time:  2:35  P.M. |
| *Plaintiff(s)* | ) | |
| v. | )<br>) | Civil Action No. |
| | ) | 74,610 |
| FedEx Ground Package System, Inc. | )<br>) | DIV C |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Mr. Bryan Shreckengost
        Lead Counsel
        FedEx Ground Package System, Inc.
        1000 FedEx Drive
        Moon Township, PA. 15108

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Ms. Opal Jean Lennix
        613 Hancock Drive
        Laplace, LA. 70068

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    September 26, 2019

                                            *Signature of Clerk or Deputy Clerk*

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Opal J. Lennix<br>613 Hancock Drive<br>La Place, LA 70068 | From: | New Orleans Field Office<br>Hale Boggs Federal Building<br>500 Poydras Street, Room 809<br>New Orleans, LA 70130 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |  |  |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative<br>Charlotte D. Davis,<br>Senior Investigator | Telephone No.<br>(504) 595-2870 |
|---|---|---|
| 461-2019-00216 | | |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

x _Charlotte Davis_

**Keith T. Hill,**
**Director**

JUN 2 7 2019

(Date Mailed)

Enclosures(s)

cc:   Bryan Shreckengost
      Lead Counsel
      FedEx Ground Package System, Inc.
      1000 FedEx Drive
      Moon Township, PA 15108

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | **461-2019-00216** |

| Louisiana Commission On Human Rights | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Opal Lennix** | **(985) 210-4148** | **1967** |

| Street Address | City, State and ZIP Code |
|---|---|
| **P.O. Box 2202, La Place, LA 70069** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **FEDEX GROUNDS** | **500 or More** | **(504) 469-5459** |

| Street Address | City, State and ZIP Code |
|---|---|
| **310 James Drive East,  Saint Rose, LA 70087** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest: **08-05-2018**   Latest: **09-14-2018**<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began my employment with Fedex Grounds on November 12, 2017. During my employment, I was subjected to harassment, in that, I was yelled at by Shanel (LNU) when I asked could the former package handler do more work; refused to allow me to split the belt after informing her that I was not feeling well; refused to inform me about meetings; was the only one asked to go home when over staffed; received separate text messages from the group regarding my sort time; written-up; and threaten regarding my scanning skills. In addition, while moving boxes, Ms. Shanel stood in my way and refused to move; yelled at me; and told me to go home, and that I was no longer needed. I reported the incidents to Olivia Tate, Supervisor, nothing was done. On September 14, 2018, I was discharged as a Package Handler earning $14.75 per hour. The company employs over 500 persons.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 02/16/2019<br>*Date*    *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)*  2019 FEB 20  AM 8 17<br>RECEIVED – EEOC<br>NEW ORLEANS FIELD OFFICE |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 461-2019-00216 |

| Louisiana Commission On Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

According to the company, I was discharged because of violation of company rules and policies.

I believe I have been discriminated against because my age, 52 years, in violation of the Age Discrimination Act of 1967; and my disability, in violation of the Americans with Disabilities Act, as amended. In addition, I have also been retaliated against.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 2/16/2019<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

RECEIVED - EEOC
2019 FEB 20
NEW ORLEANS FIELD OFFICE

## August 19, 2019

**Opal Jean Lennix <lennixopaljean@gmail.com>**
Fri 9/27/2019 12:37 PM
**To:** ODS02524CPC <ODS02524CPC@OfficeDepot.com>

August 19, 2019

Charge No. 461-2019-00216

Certification No. 7015 0640 0002 8725 8753

Tracking No. 9590 9402. 3148 7166 6057 71 Voided

United States Postal Service Priority Mail Express Tracking No. EL 616465034 US

Payment Receipt No. 840-57000025-2-2707671-2

Ms. Opal Jean Lennix
613 Hancock Drive
Laplace, LA. 70068
opallennix@yahoo.com

Mr. Bryan Shreckengost
Lead Counsel
FedEX Ground Package System,Inc.
1000 FedEX Drive
Moon Township, PA 15108

Mr. Shreckengost,

My reasoning for this letter of proposal before seeking Legal representatives on a possibility of making a negotiable monetary agreement with FedEX Grounds.
On September 12, 2017. I was rehired to continue" The Purple Promise". To honor and fulfill all possible job opportunities on which was rendered to the best of my abilities with experience, skills, training and knowledge.

On July 14, 2018. I was terminated for a unjustifiable reasons.
Therefore, after being terminated charges were filed with EEOC and Louisiana Workforce Commission Insurance. Benefits were granted upon the conclusion of the investigation, a award letter was granted on my behave to such disdeferential discriminatory behavior towards my humanity.

Thereafter, my termination from FedEx Grounds. Lead to grievance, a lost self confidence, financial issues, a loss of a relationship from being depression, and loss of interest on daily socialization with family and friends.

My sense of pride and motivation was indignity by unprofessional apathetic human beings ,with no sense of conscientious nor the deferential for a person living with life challenges with a Disabilities or the deferent for wisdom. (Age)

I Ms. Opal Jean Lennix would like to express greatest gratitude to FedEx Ground Corporation for giving me a opportunity to honor"The Purple Purpose".

I hold no type of anguishing towards FedEX Corporations are it's employee's ,but totally discredited the process of hiring unprofessional and unskilled personnel to provide leadership to represent FedEx Corporation.

As a result toward my Humanity Rights. This proposal agreement is requesting for monetary value amount of $2 Million Dollars.


UNDER THE TITLE VII, THE AMERICANS WITH DISABILITIES ACT, THE GENETIC INFORMATION NONDISCRIMINATION ACT, AND THE AGE DISCRIMINATION IN EMPLOYMENT ACT.


Please responds within the next 10 business days from this date of 08/19/2019.



Sincerely,

Ms. Opal Jean Lennix



This Letter of proposal was generated from a electronic device with a typed printed signature.

C/C Mr. Bryan Shreckengost
C/C Ms. Opal Jean Lennix





Sent from my iPhone

SERVE
D55518146
D55518146

# CITATION

| OPAL JEAN LENNIX | 40TH JUDICIAL DISTRICT COURT |
| --- | --- |
| VS | PARISH OF ST.JOHN THE BAPTIST |
| FEDEX GROUND PACKAGE SYSTEM, INC., ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-74610 | DIVISION C |

**To:    FEDEX GROUND PACKAGE SYSTEM, INC.**
**310 JAMES DRIVE EAST**
**ST. JAMES BUSINESS PARK**
**SAINT ROSE, LA 70087**

**Parish:  ST. CHARLES**

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing an Answer or other pleading to said Petition, in the Fortieth Judicial District Court in and for the Parish of St. John the Baptist, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by **OPAL JEAN LENNIX - PRO SE** and was issued by the Clerk of Court on the **OCTOBER 15, 2019**

\* Also attached are the following documents:
**PETITION FOR EMPLOYMENT DISCRIMINATION**

**_LISA TREGRE_**
Deputy Clerk of Court for
Eliana DeFrancesch, Clerk of Court

RECEIVED ON THE _16_ DAY OF _OCT_, 20_19_ AND ON THE _17_ DAY OF _OCT_, 20_19_ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _Rynell Hartford - TND Manager (Pick up driver)_

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF _____, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF _St Charles_ THIS _17_ DAY OF _OCT_, 20_9_.

SERVICE $_____        BY: _____
MILEAGE $_____              DEPUTY SHERIFF
TOTAL  $

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

District of

Division

St. John the Baptist Parish Clerk of Court
Eliana DeFrancesch
**Filed: Arcuri Center**
**Date: OCTOBER 11, 2019  3:00 PM**

DIV C

Case No. _74610_
(to be filled in by the Clerk's Office)

Ms. Opal Jean Lennix

                    )
                    )
                    )
                    )
                    )
                    )
                    )
                    )
                    )
                    )
                    )
                    )
                    )
                    )
                    )

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)
-v-

Mr. Bryan Shreckengost

*Defendant(s)*
(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

Name              Ms. Opal Jean Lennix
Street Address    613 Hancock Drive
City and County   Laplace
State and Zip Code  LA.   70068
Telephone Number  504-881-6463
E-mail Address    Lennixopal@yahoo.com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

    Name                        Ms. Olivia Tate's

    Job or Title *(if known)*    Belt Manager / Sort Manager

    Street Address            310 St. Jame Business Park

    City and County          St. Rose

    State and Zip Code     LA. 70087

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name                        MS. Shenell Sede

    Job or Title *(if known)*    Sort Manager / Belt Manager

    Street Address            310 St. James Business Park

    City and County          St. Rose

    State and Zip Code     LA. 70087

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name                        N/A

    Job or Title *(if known)*    N/A

    Street Address            N/A

    City and County          N/A

    State and Zip Code     N/A

    Telephone Number      N/A

    E-mail Address *(if known)*   N/A

Defendant No. 4

    Name                        N/A

    Job or Title *(if known)*    N/A

    Street Address            N/A

    City and County          N/A

    State and Zip Code     N/A

    Telephone Number      N/A

    E-mail Address *(if known)*   N/A

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | FedEx Grounds |
| Street Address | 310 ST. James Business Park |
| City and County | ST. Rose, LA. |
| State and Zip Code | LA. 70087 |
| Telephone Number | |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

N/A    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

N/A    Other federal law *(specify the federal law)*:

_____ N/A _____

N/A    Relevant state law *(specify, if known)*:

_____ N/A _____

N/A    Relevant city or county law *(specify, if known)*:   N/A

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☒ N/A    Failure to hire me.
- ☑    Termination of my employment.
- ☒ N/A    Failure to promote me.
- ☒ N/A    Failure to accommodate my disability.
- ☒ N/A    Unequal terms and conditions of my employment.
- ☒ N/A    Retaliation.
- ☒ N/A    Other acts *(specify)*:    N/A

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

September 12, 2017 to July 14, 2018

C.    I believe that defendant(s) *(check one)*:

- ☑    is/are still committing these acts against me.
- ☒ N/A    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ N/A    race    N/A
- ☒ N/A    color    N/A
- ☒ N/A    gender/sex    N/A
- ☒ N/A    religion    N/A
- ☒ N/A    national origin    N/A
- ☑    age *(year of birth)*    51    *(only when asserting a claim of age discrimination.)*
- ☑    disability or perceived disability *(specify disability)*

Hearing Loss

E.    The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

_Submitted with Summons in A Civil Action Filing_

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

### IV. Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_February 2019_

B.    The Equal Employment Opportunity Commission *(check one)*:

☒ A    has not issued a Notice of Right to Sue letter.

☐ ✓    issued a Notice of Right to Sue letter, which I received on *(date)*  _____ .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒ A    60 days or more have elapsed.

☐ ✓    less than 60 days have elapsed.

### V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Submitted with Summons in A civil Action filing

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09|26|19

Signature of Plaintiff   MS. ⌀ðan

Printed Name of Plaintiff   MS. Opal Jean Lennix

### B.     For Attorneys

Date of signing:   N/A

Signature of Attorney   N/A

Printed Name of Attorney   N/A

Bar Number   N/A

Name of Law Firm   N/A

Street Address   N/A

State and Zip Code   N/A

Telephone Number   N/A

E-mail Address   N/A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

▼

| | | |
|---|---|---|
| Ms. Opal Jean Lennix<br>613 Hancock Drive<br>Laplace, LA. 70068<br>Charge Number # 461-2019-00216 | )<br>)<br>)<br>)<br>) | St. John the Baptist Parish Clerk of Court<br>Eliana DeFrancesch<br>**Filed: Arcuri Center**<br>**Date: SEPTEMBER 27, 2019**<br>**Time: 2:35 P.M.** |
| *Plaintiff(s)*<br><br>v. | )<br>)<br>) | Civil Action No. |
| <br>FedEx Ground Package System, Inc.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) | 74,610<br><br>DIV C |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Mr. Bryan Shreckengost
> Lead Counsel
> FedEx Ground Package System, Inc.
> 1000 FedEx Drive
> Moon Township, PA. 15108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Ms. Opal Jean Lennix
> 613 Hancock Drive
> Laplace, LA. 70068

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    September 26, 2019

_____
*Signature of Clerk or Deputy Clerk*

EEOC Form 161 (11/16)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:  Opal J. Lennix
     613 Hancock Drive
     La Place, LA 70068

From:  New Orleans Field Office
       Hale Boggs Federal Building
       500 Poydras Street, Room 809
       New Orleans, LA 70130

| | | |
|---|---|---|
| [ ] | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) | |
| EEOC Charge No. | EEOC Representative | Telephone No. |
| 461-2019-00216 | Charlotte D. Davis, Senior Investigator | (504) 595-2870 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

x _Charlotte Davis_

Keith T. Hill,
Director

JUN 2 7 2019

(Date Mailed)

Enclosures(s)

cc:  Bryan Shreckengost
     Lead Counsel
     FedEx Ground Package System, Inc.
     1000 FedEx Drive
     Moon Township, PA 15108

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 461-2019-00216 |

| Louisiana Commission On Human Rights | and EEOC |
|---|---|

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Opal Lennix | (985) 210-4148 | 1967 |

Street Address — City, State and ZIP Code
P.O. Box 2202, La Place, LA 70069

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| FEDEX GROUNDS | 500 or More | (504) 469-5459 |

Street Address — City, State and ZIP Code
310 James Drive East, Saint Rose, LA 70087

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☒ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest 08-05-2018   Latest 09-14-2018
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Fedex Grounds on November 12, 2017. During my employment, I was subjected to harassment, in that, I was yelled at by Shanel (LNU) when I asked could the former package handler do more work; refused to allow me to split the belt after informing her that I was not feeling well; refused to inform me about meetings; was the only one asked to go home when over staffed; received separate text messages from the group regarding my sort time; written-up; and threaten regarding my scanning skills. In addition, while moving boxes, Ms. Shanel stood in my way and refused to move; yelled at me; and told me to go home, and that I was no longer needed. I reported the incidents to Olivia Tate, Supervisor, nothing was done. On September 14, 2018, I was discharged as a Package Handler earning $14.75 per hour. The company employs over 500 persons.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date 10/16/2019 — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA | |
| | ☒ EEOC | 461-2019-00216 |

| Louisiana Commission On Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

According to the company, I was discharged because of violation of company rules and policies.

I believe I have been discriminated against because my age, 52 years, in violation of the Age Discrimination Act of 1967; and my disability, in violation of the Americans with Disabilities Act, as amended.  In addition, I have also been retaliated against.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 2/16/2019      Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

9/27/2019
Mail - ODS02524CPC - Outlook

## August 19, 2019

Opal Jean Lennix <lennixopaljean@gmail.com>
Fri 9/27/2019 12:37 PM
**To:** ODS02524CPC <ODS02524CPC@OfficeDepot.com>

August 19, 2019

Charge No. 461-2019-00216

Certification No. 7015 0640 0002 8725 8753

Tracking No. 9590 9402. 3148 7166 6057 71 Voided

United States Postal Service Priority Mail Express Tracking No. EL 616465034 US

Payment Receipt No. 840-57000025-2-2707671-2

Ms. Opal Jean Lennix
613 Hancock Drive
Laplace, LA. 70068
opallennix@yahoo.com

Mr. Bryan Shreckengost
Lead Counsel
FedEX Ground Package System,Inc.
1000 FedEX Drive
Moon Township, PA 15108

Mr. Shreckengost,

My reasoning for this letter of proposal before seeking Legal representatives on a possibility of
making a negotiable monetary agreement with FedEX Grounds.
On September 12, 2017. I was rehired to continue" The Purple Promise". To honor and fulfill all
possible job opportunities on which was rendered to the best of my abilities with experience, skills,
training and knowledge.

On July 14, 2018. I was terminated for a unjustifiable reasons.
Therefore, after being terminated charges were filed with EEOC and Louisiana Workforce Commission
Insurance. Benefits were granted upon the conclusion of the investigation, a award letter was granted
on my behave to such disdeferential discriminatory behavior towards my humanity.

Thereafter, my termination from FedEx Grounds. Lead to grievance, a lost self confidence, financial issues, a loss of a relationship from being depression, and loss of interest on daily socialization with family and friends.

My sense of pride and motivation was indignity by unprofessional apathetic human beings ,with no sense of conscientious nor the deferential for a person living with life challenges with a Disabilities or the deferent for wisdom. (Age)

I Ms. Opal Jean Lennix would like to express greatest gratitude to FedEx Ground Corporation for giving me a opportunity to honor"The Purple Purpose".

I hold no type of anguishing towards FedEX Corporations are it's employee's ,but totally discredited the process of hiring unprofessional and unskilled personnel to provide leadership to represent FedEx Corporation.

As a result toward my Humanity Rights. This proposal agreement is requesting for monetary value amount of $2 Million Dollars.


UNDER THE TITLE VII, THE AMERICANS WITH DISABILITIES ACT, THE GENETIC INFORMATION NONDISCRIMINATION ACT, AND THE AGE DISCRIMINATION IN EMPLOYMENT ACT.


Please responds within the next 10 business days from this date of 08/19/2019.


Sincerely,

Ms. Opal Jean Lennix


This Letter of proposal was generated from a electronic device with a typed printed signature.

C/C Mr. Bryan Shreckengost
C/C Ms. Opal Jean Lennix


Sent from my iPhone