## 40TH JUDICIAL DISTRICT COURT
## PARISH OF ST. JOHN THE BAPTIST
## STATE OF LOUISIANA

| | | |
|---|---|---|
| **OPAL JEAN LENNIX** | * | **NUMBER: C-74,610** |
| **Plaintiff,** | * | |
| **VERSUS** | * | |
| **FEDEX GROUND PACKAGE SYSTEM, INC., ET AL** | * | **DIVISION: C** |
| **Defendants** | * | |

Eliana DeFrancesch - Clerk of Court
Filed: Oct 30, 2019 1:16 PM
FILED:

133515213

_____
DEPUTY CLERK

### DEFENDANTS' *EX PARTE* MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS

Defendants reserving all rights which they may have with respect to any defenses, venue, jurisdiction or process, move the Court for an Order extending the time within which they must answer or otherwise plead for a period of thirty (30) days through and including December 4, 2019.

I.

Defendants were served through either their Agent for Service of Process or personally with Plaintiff's Petition on or about October 17, 2019.

II.

Pursuant to Louisiana Code of Civil Procedure Article 1001, Defendants must file responsive pleadings no later than November 4, 2019. Defendants request this extension of time so that they can further investigate the claims asserted in the Petition and prepare the appropriate response. It is not sought for purposes of undue delay.

III.

This Motion is Defendants' first request for an extension of time to answer or otherwise plead.

WHEREFORE, Defendants respectfully pray that this Court issue an Order extending the time in which they must answer the Petition or otherwise plead for a period of thirty (30) days through and including December 4, 2019.

EXHIBIT C

Respectfully submitted this 29th day of October, 2019.

        Respectfully submitted,

        EDWARD F. HAROLD
        Louisiana Bar No. 21672
        LARRY J. SOROHAN
        Louisiana Bar No. 26120
        FISHER & PHILLIPS LLP
        201 St. Charles Avenue, Suite 3710
        New Orleans, Louisiana  70170
        Telephone:  (504) 522-3303
        Facsimile:  (504) 529-3850
        Email:  eharold@laborlawyers.com
                lsorohan@laborlawyers.com

        ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendants' *Ex Parte* Motion for Extension of Time Within Which to File Responsive Pleadings was served via certified mail on Plaintiff:

        Ms. Opal Jean Lennix
        613 Hancock Drive
        Laplace, LA 70068

this 29th day of October, 2019.

        EDWARD F. HAROLD

**40TH JUDICIAL DISTRICT COURT**
**PARISH OF ST. JOHN THE BAPTIST**
**STATE OF LOUISIANA**

| | | |
|---|---|---|
| **OPAL JEAN LENNIX** | * | **NUMBER: C-74,610** |
| Plaintiff, | * | |
| **VERSUS** | * | |
| **FEDEX GROUND PACKAGE SYSTEM, INC., ET AL** | * | **DIVISION: C** |
| Defendant | * | |

Eliana DeFrancesch - Clerk of Court
FILED:
Filed: Oct 30, 2019 1:16 PM

133515205

_____
DEPUTY CLERK

## ORDER

Considering Defendants' foregoing *Ex Parte* Motion for Extension of Time Within Which to File Responsive Pleadings;

**IT IS HEREBY ORDERED** that the Motion is GRANTED and time within which Defendants must answer, plead, or otherwise respond is hereby extended through and including December 4, 2019.

Edgard, Louisiana, this 31 day of Oct, 2019.

s/ J. Sterling Snowdy
_____
JUDGE

I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN MY OFFICE

Lori Burke Cole
PARISH OF ST. JOHN THE BAPTIST, LA
DATE 11-6-19