**40TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. JOHN THE BAPTIST**

**STATE OF LOUISIANA**

**No. 74610**                                                                      **DIVISION: "C"**

**OPAL JEAN LENNIX**

**VERSUS**

**FEDEX GROUND PACKAGE SYSTEM, INC., ET AL.**

**FILED**_____   _____
                                                                                             **DEPUTY CLERK**

**NOTICE OF REMOVAL OF CIVIL ACTION**

**PLEASE TAKE NOTICE** that on November 15, 2019, Defendants, Fedex Ground Package System, Inc., Ms. Olivia Tate, Ms. Shenell Sede, and Mr. Bryan Shreckengost ("Defendants"), removed the civil action entitled *Opal Jean Lennix v. Fedex ground Package System, Inc., et al.,* Case No. 74610, Division "C," on the docket of the 40th Judicial District Court for the Parish of St. John the Baptist, State of Louisiana, to the United States District Court for the Eastern District of Louisiana. A true and correct copy of the Notice of Removal filed with the United States District Court for the Eastern District of Louisiana is attached hereto. This Notice is submitted in compliance with 28 U.S.C. § 1446(d), which prohibits the Court from proceeding in the above-styled action unless and until the action is remanded.

                                                                   Respectfully submitted,

                                                                   */s/ Edward F. Harold*

                                                                   EDWARD F. HAROLD
                                                                    La. Bar No. 21672
                                                                   LARRY J. SOROHAN
                                                                   La. Bar No. 26120
                                                                  **FISHER & PHILLIPS LLP**
                                                                   201 St. Charles Ave., Suite 3710
                                                                   New Orleans, LA 70170
                                                                   Telephone: (504) 522-3303
                                                                   Facsimile: (504) 529-3850
                                                                   Email: edharold@fisherphillips.com
                                                                   Email: lsorohan@fisherphillips.com

                                                                   **COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify by my signature below that on the 15th day of November, 2019, I served a true and correct copy of the foregoing Notice of Removal *via* United States Mail, properly addressed and postage prepaid, to the following parties and/or counsel at the addresses listed below:

> Ms. Opal Jean Lennix
> 613 Hancock Drive
> Laplace, LA 70068

*(signature)*
LARRY J. SOROHAN